IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:21-CV-00495-D

| | |
|---|---|
| NEFTALI RIVERA NIEVES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| CHRISTINE WORMUTH, Secretary ) | |
| of the Army, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the Court on the United States' Motion to Amend the Scheduling Order. [D.E. 18].

For good cause shown, the motion is GRANTED. The Court amends the Scheduling Order [D.E. 17] as follows:

1) the period for discovery is rescinded; no discovery is authorized in this case which presents exclusively a challenge to a federal agency decision under the Administrative Procedures Act, 5 U.S.C. § 706;

2) Defendant United States shall file the Certified Administrative Record on or before October 31, 2022;

3) All dispositive motions shall be filed on or before December 16, 2022 and shall comply with Local Civil Rules 56.1 (summary judgment) and 7.2(f)(2)(A) (30-page limitation on supporting memoranda); and

1

4) Opposition to dispositive motions shall be filed on or before January 13, 2023 and shall not exceed the 10-page limitation on replies set forth in the Local Civil Rule 7.2(f)(2)(C).

**SO ORDERED.** This _15_ day of November, 2022.

                                              JAMES C. DEVER III
                                              United States District Judge

2

Case 5:21-cv-00495-D Document 22 Filed 11/15/22 Page 2 of 2