UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NEFTALI RIVERA NIEVES, )
)
        Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
v. ) **CASE NO. 5:21-CV-495-D**
)
CHRISTINE WORMUTH, )
)
)
        Defendant. )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion for summary judgment [D.E. 24], DENIES AS MOOT defendant's motion to strike [D.E. 31], and DENIES AS MOOT plaintiff's motion to stay [D.E. 34].

**This Judgment Filed and Entered on May 3, 2023, and Copies To:**

Neftali Rivera Nieves   (via US Mail to 1209 Artemis Drive, Fayetteville, NC 28311)

Sharon C. Wilson     (via CM/ECF electronic notification)

DATE: May 3, 2023                     PETER A. MOORE, JR., CLERK

                                        (By) /s/ Stephanie Mann
                                        Deputy Clerk